**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal No. 2011-19 |
| | ) |
| **GEM MANUFACTURING, LLC,** | ) |
| | ) |
| Defendant. | ) |

**ACCEPTANCE OF PLEA OF GUILTY AND**
<u>**ADJUDICATION OF GUILT**</u>

**GÓMEZ, C.J.**

Pursuant to the Report and Recommendation of the United States Magistrate to which there is no timely objection, the plea of guilty of the defendant to violations of the Lacey Act, as alleged in Counts I and II; and to violations of the Endangered Species Act, as alleged in Counts III through VII of the Information, is accepted, and the defendant is adjudged guilty of such offense.

The sentence hearing date is scheduled for Wednesday, October 26, 2011, at 9:30 a.m.

S\_____
Curtis V. Gómez
Chief Judge